# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0977
Lower Tribunal No. 23-CF-015739

_____

JERRYLEE EARNESTASTIL BALKCOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck and Andrew Marcus, Judges.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Francis Muir, Chief Assistant Attorney General, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED